UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 06-572M |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| LONG DUY TRAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>:

Conspiracy to Distribute Marijuana; Conspiracy to Engage in Interstate Travel in Aid of Racketeering

<u>Date of Detention Hearing</u>:    Initial Appearance, October 25, 2006

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

///

DETENTION ORDER                                                                                     15.13
18 U.S.C. § 3142(i)                                                                                Rev. 1/91
PAGE 1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant is also charged with Conspiracy to Distribute Marijuana in CR06-307 RSM and was detained in that matter. During the course of that matter, an ICE detainer has been filed.

(2) Defendant's criminal history includes prior charges for assault 2nd degree, robbery 2nd degree, malicious mischief, intimidating a witness, deportation proceedings, reckless endangerment and distribution of a controlled substance.

(3) Defendant is a citizen of Vietnam. Some of his background information could not be verified.

(4) Defendant does not contest detention.

(5) Defendant poses a risk of nonappearance due to possible illegal status in the United States, unverified information, and ICE detainer. He poses a risk of danger due to his criminal history.

(6) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with

counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 25th day of October, 2006.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge